# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAJED HASHIM A HASHIM, et al.** | : CIVIL ACTION |
| | : |
| v. | : NO. 20-1213 |
| | : |
| **AIR PRODUCTS AND CHEMICALS, INC.** | : |

**AND NOW,** this 15th day of October, 2021, **IT IS HEREBY ORDERED** that the Defendant's Motion to Dismiss [Doc. 12] is **DENIED** without prejudice.

The Clerk is **DIRECTED** to remove this case from the Court's active docket and place it on the Court's suspense docket while Plaintiffs attempt to bring their own and any derivative claims on behalf of United Welding and Supplies Company, Ltd. for violation of the Non-Compete in the Shareholders' Agreement against Air Products Leasing B.V.in the Courts of Saudi Arabia.

The parties shall provide the Court with a first status update by December 31, 2021.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.